# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-755-996**

Effective date of registration:

May 11, 2011

---

## Title
- **Title of Work:** FTV - Tiffany

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** April 3, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** First Time Videos LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** First Time Videos LLC
  2300 W. Sahara Ave, Suite 1000, Las Vegas, NV

## Certification
- **Name:** Peter Hansmeier
- **Date:** May 10, 2011