AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | US DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA |

| DOCKET NO. | DATE FILED | 801 N. FLORIDA AVENUE |
|---|---|---|
| 8:12-CV-1686-T-35- | 7/30/12 | TAMPA, FL 33602 |

| PLAINTIFF | DEFENDANTS |
|---|---|
| FIRST TIME VIDEOS LLC | PAUL OPPOLD |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | PA0001755996 | FTV-Tiffany | First Time Videos LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Order   ☐ Judgment | ☐ Yes    No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Sheryl Loesch | D. Greco | 7/30/12 |

**DISTRIBUTION:** 1) Upon initiation of action, 2) Upon filing of document adding copyright(s), 3) Upon termination of action, mail copy to Register of Copyrights mail copy to Register of Copyrights mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court, 5) Case File Copy