**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FIRST TIME VIDEOS LLC,

      Plaintiff,                                Case No.

      v.

PAUL OPPOLD,

      Defendant.

                                       /

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Plaintiff FIRST TIME VIDEOS LLC ("Plaintiff") does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

                                       Respectfully submitted,

                                       FIRST TIME VIDEOS LLC,

DATED: July 30, 2012

                                       By:    /s/ George A. Banas
                                                   George A. Banas (Bar No. 27467)
                                                   BANAS LAW FIRM
                                                   8270 Woodland Center Blvd.
                                                   Tampa, Florida 33614
                                                   Phone: 415-325-5900
                                                   E-mail: blgibbs@wefightpiracy.com
                                                   *Attorney for Plaintiff*