AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| FIRST TIME VIDEOS LLC,<br>*Plaintiff*<br>v.<br>PAUL OPPOLD,<br>*Defendant* | )<br>)<br>)  Case No.  8:12-CV-01686-MSS-AEP<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FIRST TIME VIDEOS LLC

Date: 08/13/2012

*Attorney's signature*

Matthew T. Wasinger (57873)
*Printed name and bar number*

Wasinger Law Office, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
*Address*

wasinger.law@gmail.com
*E-mail address*

(415) 325-5900
*Telephone number*

(407) 841-8746
*FAX number*