**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FIRST TIME VIDEOS LLC,

     Plaintiff,       Case No. 8:12-CV-01686-MSS-AEP

  v.

PAUL OPPOLD,

     Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

  I hereby disclose the following pursuant to this Court's interested persons order:

  1.  the name of each person, attorney, associated persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    FIRST TIME VIDEOS LLC, PLAINTIFF

    HOOMAN SIMYAR, MANAGING MEMBER

  2.  the name of every other entity whose public-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    NONE.

  3.  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

NONE.

4.     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

FIRST TIME VIDEOS LLC, PLAINTIFF

HOOMAN SIMYAR, MANAGING MEMBER

I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.


Date: August 20, 2012

                                        s/ Matthew T. Wasinger
                                        Matthew T. Wasinger (Bar No. 57873)
                                        WASINGER LAW OFFICE, PLLC
                                        605 East Robinson Street, Suite 730
                                        Orlando, FL 32801
                                        Phone: (415) 325-5900
                                        Email: wasinger.law@gmail.com
                                        *Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 20, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

s/ Matthew T. Wasinger_____
Matthew T. Wasinger