UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIRST TIME VIDEOS LLC,

       Plaintiff,                              Case No. 8:12-CV-01686-MSS-AEP

      v.

PAUL OPPOLD,                               **[PROPOSED] ORDER**

       Defendant.
_____/

      This cause comes before the Court on Plaintiff First Time Videos LLC's Motion to Transfer to the Middle District of Florida, Orlando Division. For the reasons set forth below, the motion is GRANTED.

      28 U.S.C. § 1406 provides that "the district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406. Under Rule 1.02 of the Local Rules of the Middle District of Florida, "[t]he Court may, within its discretion, or upon good cause shown by any interested party, order that any case, civil or criminal, be transferred from one Division to any other Division for trial . . . ." Fla. M.D. Local Rule 1.02(d).

      This Court finds that Plaintiff has shown good cause for the transfer of venue to the Orlando Division, and in the interest of justice, find the transfer proper. Accordingly, it is ORDERED that Plaintiff First Time Videos LLC's Motion to Transfer to the Middle District of Florida, Orlando Division is GRANTED.

///

///

DONE AND ORDERED.

DATE: _____          _____

                                                                                         DISTRICT JUDGE