**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC,  )<br>  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>PAUL OPPOLD,  )<br>  )<br>  )<br>Defendants,  ) | Civil Action No.<br>8:12-CV-1686-MSS-AEP<br><br>*September 12th, 2012* |

**<u>WAIVER OF THE SERVICE OF SUMMONS</u>**

    To:  Matthew A. Wasinger, mattw@wasingerlawoffice.com

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 20th, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

    Dated this 12th day of September, 2012.

        Respectfully submitted,
        Graham W. Syfert, Esq.,P.A.


By: s/ Graham W. Syfert
    Graham W. Syfert (39104)
    Trial Counsel
    FL/GA Attorney at Law
    1529 Margaret St, Unit 2
    Jacksonville, FL 32204
    Phone: (904) 383-7448
    Fax: (904) 638-4726
    graham@syfert.com

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day, and by U.S. Mail to attorney for the Plaintiffs, Matthew Wasinger, mattw@wasingerlawoffice.com, this 12th of September, 2012.


By: s/ Graham W. Syfert
    Graham W. Syfert (39104)