**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| ) | 8:12-CV-1686-MSS-AEP |
| v. ) | |
| ) | *September 12th, 2012* |
| PAUL OPPOLD, ) | |
| ) | |
| ) | |
| Defendants, ) | |

**NOTICE OF APPEARANCE OF GRAHAM W. SYFERT FOR PAUL OPPOLD**

PLEASE TAKE NOTICE that the undersigned has been retained as counsel of record and will appear on behalf of the Defendant, PAUL OPPOLD, in the above styled case. Please direct a copy of all pleadings, papers, and/or inquires to the undersigned.

Dated this 12th day of September, 2012.

                                                          Respectfully submitted,
                                                        Graham W. Syfert, Esq.,P.A.

                                                        By: s/ Graham W. Syfert
                                                            Graham W. Syfert (39104)
                                                            Trial Counsel
                                                            FL/GA Attorney at Law
                                                            1529 Margaret St, Unit 2
                                                            Jacksonville, FL 32204

        Phone: (904) 383-7448
        Fax: (904) 638-4726
        graham@syfert.com

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day, and by U.S. Mail to attorney for the Plaintiffs, Matthew Wasinger, mattw@wasingerlawoffice.com, this 12th of September, 2012.

        By: s/ Graham W. Syfert
        Graham W. Syfert (39104)