**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC,       ) | |
| ) | |
| ) | |
| Plaintiff,  ) | |
| ) | Civil Action No. |
| ) | 8:12-CV-1686-MSS-AEP |
| v.           ) | |
| ) | *September 12th, 2012* |
| PAUL OPPOLD,           ) | |
| ) | |
| ) | |
| Defendants,  ) | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action is related to a pending matter in the Southern District of Florida, Miami Division, *First Time Videos LLC v. Does 1-76*, 1:12-CV-20921 (S.D. Fl).

Dated this 12th day of September, 2012.

    Respectfully submitted,
    Graham W. Syfert, Esq.,P.A.

    By: s/ Graham W. Syfert
       Graham W. Syfert (39104)
       Trial Counsel
       FL/GA Attorney at Law
       1529 Margaret St, Unit 2
       Jacksonville, FL 32204
       Phone: (904) 383-7448
       Fax: (904) 638-4726

graham@syfert.com

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day to attorney for the Plaintiffs, Matthew Wasinger, mattw@wasingerlawoffice.com, this 12th of September, 2012.

By: s/ Graham W. Syfert
Graham W. Syfert (39104)