**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| | ) | 8:12-CV-1686-MSS-AEP |
| v. | ) | |
| | ) | *September 12th, 2012* |
| PAUL OPPOLD, | ) | |
| | ) | |
| Defendants, | ) | |

**Certificate of Interested Persons and Corporate Disclosure Statement**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

First Time Videos, LLC, Plaintiff.

Robert Simyar, D.M.D. a/k/a Hooman Simyar, Managing Member of First Time Videos.

FTV, Inc., a Nevada corporation, appears to be a parent company, subsidiary, or affiliate of the Plaintiff.

Based upon information and belief, awards to the Plaintiff under this lawsuit may be also directed towards and split among, Prenda Law, Inc., a Florida corporation, and Prenda Law, Inc., an Illinois law firm, Peter Hansmeier d/b/a 6881 Forensics LLC.

    By way of joint and several liability, the 75 individual John Does in case 12-CV-20921-JAL (SD FL Dist.) are related. Some are represented by the counsel below:

    Three (3) John Does represented by Daniel Jordan Simon, Lalchandani Simon, PL 25 SE 2nd Avenue Suite 1050 Miami, FL 33131 Email: danny@lslawpl.com and Kabir Arjan Lalchandani 25 SE 2nd Avenue Suite 1050 Miami, FL 33131 Email: kubs@lalchandanisimon.com

    One (1) John Doe represented by Bradford Allen Patrick, Law Offices of Bradford A Patrick PA, 3001 N Rocky Point Drive East Suite 200 Tampa, FL 33607 Email: notices@baplegal.com

    One other yet identified and wholly unknown John Doe.

2.)     the name of every other entity whose publicly traded-stock, equity, or debt may be substantially affected by the outcome of the proceedings:

NONE

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

All those listed above and below.

4.)     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    By way of potential similar counterclaims against the Plaintiff, an unknown percentage of the 75 individual John Does in case 12-CV-20921-JAL (SD FL Dist.) are related. Some are represented by the counsel below:

    Three (3) John Does represented by Daniel Jordan Simon, Lalchandani Simon, PL 25 SE 2nd Avenue Suite 1050 Miami, FL 33131 Email: danny@lslawpl.com and Kabir Arjan Lalchandani 25 SE 2nd Avenue Suite 1050 Miami, FL 33131 Email: kubs@lalchandanisimon.com

    One (1) John Doe represented by Bradford Allen Patrick, Law Offices of Bradford A Patrick PA, 3001 N Rocky Point Drive East Suite 200 Tampa, FL 33607 Email: notices@baplegal.com

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the court in writing on learning of any such conflict.

September 12th, 2012

        Respectfully submitted,
        Graham W. Syfert, Esq.,P.A.

        By: s/ Graham W. Syfert
           Graham W. Syfert (39104)
           Trial Counsel
           FL/GA Attorney at Law
           1529 Margaret St, Unit 2
           Jacksonville, FL 32204
           Phone: (904) 383-7448
           Fax: (904) 638-4726
           graham@syfert.com

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day, to attorney for the Plaintiffs, Matthew Wasinger, mattw@wasingerlawoffice.com, this 12th of September, 2012.

        By: s/ Graham W. Syfert
           Graham W. Syfert (39104)