**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, )<br>)<br>)<br>Plaintiff, )<br>)    Civil Action No.<br>)    8:12-CV-1686-MSS-AEP<br>v. )<br>)    *September 12th, 2012*<br>PAUL OPPOLD, )<br>)<br>)<br>Defendants, ) | |

## **NOTICE OF UNAVAILABILITY AND ABSENCE FROM JURISDICTION**

Please take notice that Graham W. Syfert, the sole attorney assigned as counsel for the Defendant, will be unavailable and absent from the jurisdiction on the following dates for pre-planned, pre-paid vacations:

**From September 19th, 2012 to September 26th, 2012.**

Counsel humbly requests this court that no meetings, hearings, depositions, trial, or other matters, be scheduled on those days.

Dated this 12th day of September, 2012.

> Respectfully submitted,
> Graham W. Syfert, Esq.,P.A.
>
>
> By: s/ Graham W. Syfert
>      Graham W. Syfert (39104)

                                                Trial Counsel
                                                FL/GA Attorney at Law
                                                1529 Margaret St, Unit 2
                                                Jacksonville, FL 32204
                                                Phone: (904) 383-7448
                                                Fax: (904) 638-4726
                                                graham@syfert.com

       I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day, to attorney for the Plaintiffs, Matthew Wasinger, mattw@wasingerlawoffice.com, this 12th of September, 2012.

                                           By: <u>s/ Graham W. Syfert</u>
                                                Graham W. Syfert (39104)