# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:12-cv-1493-Orl-36KRS**

**PAUL OPPOLD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR WITHDRAWAL AS COUNSEL FOR THE PLAINTIFF (Doc. No. 21)**
>
> **FILED:**      **November 8, 2012**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

A corporation cannot appear and be heard except through counsel of record. Local Rule 2.03(e). The motion to withdraw may be renewed at such time as substitute counsel enters an appearance for Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2012.

                                                      *Karla R. Spaulding*
                                                      KARLA R. SPAULDING
                                           UNITED STATES MAGISTRATE JUDGE