# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No.  6:12-cv-1493-Orl-36KRS**

**PAUL OPPOLD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AGREED MOTION FOR AN EXTENSION OF TIME TO CONDUCT CASE MANAGEMENT MEETING (Doc. No. 20)**
>
> **FILED:** **November 8, 2012**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The parties may have up to and including December 12, 2012 to conduct the case management meeting.  The meeting may be conducted by telephone.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2012.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE