**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FIRST TIME VIDEOS LLC,

      Plaintiff,                                       Case No. 6:12-cv-01493-CEH-KRS

v.

PAUL OPPOLD,

      Defendant.

_____/

## MOTION FOR WITHDRAWAL OF COUNSEL
## AND
## MOTION FOR SUBSTITUTION OF COUNSEL

Matthew T. Wasinger, counsel for Plaintiff First Time Videos LLC, hereby moves the Court pursuant to Rule 2.03, Local Rules, Middle District of Florida, for an order permitting him to withdraw as counsel of record for Plaintiffs in this action, and Jonathan A. Torres seeks permission to be substituted in place of Matthew T. Wasinger.

As grounds for this Motion:

1. Matthew T. Wasinger has been counsel for the Plaintiff since August 13, 2012.

2. Now, Matthew T. Wasinger wishes to withdraw as counsel for the Plaintiff.

3. Plaintiff understands and accepts the withdrawal of Matthew T. Wasinger.

4. Because this case is still in the preliminary stages of the proceedings, Plaintiff will not be prejudiced by his withdrawing from this action.

5. Pursuant to Local Rule 2.03, Plaintiff and opposing counsel have had the requisite notice of Matthew T. Wasinger's intention to withdraw prior to the filing of this motion.

6. Pursuant to Local Rule 3.01(g), the undersigned counsel has attempted to confer with counsel of record for all parties, and there were no objections.

7. Jonathan A. Torres is licensed to practice in the Middle District of Florida, and requests that he be designated Counsel of Record on behalf of Plaintiff, First Time Videos LLC.

8. Jonathan A. Torres, Matthew T. Wasinger, and Plaintiff First Time Videos LLC are all in agreement that this substitution is necessary to allow this case to proceed.

THEREFORE, the Court should grant the counsel's Motion to Withdraw as Counsel and Motion for Substitution of Counsel.

DATED: November 12, 2012

Respectfully submitted,

By: /s/ Matthew T. Wasinger
Matthew T. Wasinger (Bar # 57873)
WASINGER LAW OFFICE, PLLC
605 East Robinson Street, Suite 730
Orlando, FL 32801
Phone: 415-325-5900
Email: wasinger.law@gmail.com

By: /s/ Jonathan A. Torres
Jonathan A. Torres (Bar # 67287)
JONATHAN A. TORRES, LLC
1417 N. Semoran Boulevard, Suite 205
Orlando, FL 32807
Phone: 415-325-5900
Email: jonathantorresllc@gmail.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 12, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                          /s/ Jonathan A. Torres
                                                          Jonathan A. Torres