**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FIRST TIME VIDEOS LLC,

      Plaintiff,                                  Case No. 6:12-cv-01493-CEH-KRS

v.

PAUL OPPOLD,

      Defendant.

_____/

**[PROPOSED] ORDER**

This matter comes before the Court on a Motion for Withdrawal of Counsel and Motion for Substitution of Counsel. Matthew T. Wasinger requests permission to withdraw as counsel and Jonathan A. Torres requests permission to be substituted in place of Matthew T. Wasinger. Pursuant to Rule 2.03, the Court will grant both Motions.

THEREFORE, it is now ORDERED:

(1) The Motion for Withdrawal of Counsel and Motion for Substitution of Counsel is GRANTED. Matthew T. Wasinger, 605 East Robinson Street, Suite 730, Orlando, FL 32801, shall be removed as Counsel of Record and released of any further responsibility.

(2) Jonathan A. Torres, 1417 N. Semoran Boulevard, Suite 205, Orlando, FL 32807, shall be designated Counsel of Record on behalf of the Plaintiff.

DONE AND ORDERED this _____ day of November, 2012.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE