**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**                                                                    **Case No.  6:12-cv-1493-Orl-36KRS**

**PAUL OPPOLD,**

        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR WITHDRAWAL OF COUNSEL AND MOTION FOR SUBSTITUTION OF COUNSEL (Doc. No. 24)**
>
> **FILED:**   November 12, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Jonathan A. Torres, Esq., appears and Matthew T. Wasinger, Esq., withdraws as counsel for Plaintiff, First Time Videos LLC.  Incoming counsel shall promptly become a member of the bar of the Middle District of Florida.  Attorney Torres shall also review the docket in this case and abide by all orders and deadlines therein.  Substitution of counsel shall not be cited or relied upon as a basis to seek an enlargement of any deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2012.

                                            *Karla R. Spaulding*
                                          KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE