AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| FIRST TIME VIDEOS LLC, | ) |
| Plaintiff | ) |
| v. | ) |
| JOHN DOE, | ) |
| Defendant | ) |

Case No.   6:12-CV-01493-CEH-KRS

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FIRST TIME VIDEOS LLC                                                                        .

Date:     11/12/2012

_Attorney's signature_

JONATHAN A. TORRES (# 67287)
_Printed name and bar number_

JONATHAN A. TORRES, LLC
1417 N. SEMORAN BOULEVARD, SUITE 205
ORLANDO, FL 32807

_Address_

jonathantoresllc@gmail.com
_E-mail address_

(415) 325-5900
_Telephone number_

(407) 330-3215
_FAX number_