# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| FIRST TIME VIDEOS LLC ) | |
| ) | |
| Plaintiff, ) | 6:12-CV-01493-CEH-KRS |
| v. ) | |
| ) | |
| JOHN DOE ) | |
| *Defendant* ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the law firm of Jonathan A Torres, LLC, and moves for entry of an Order allowing their withdrawal as attorney of record in the above styled cause of action and, for good cause, would state as follows:

1. The law firm of Jonathan A Torres LLC is the attorney of record for Plaintiff, FIRST TIME VIDEOS, LLC, in the instant action.

2. Irreconcilable differences have arisen between Plaintiff, FIRST TIME VIDEOS, LLC and the law firm of Jonathan A Torres, LLC which inhibits such attorney from properly continuing to represent the Plaintiff.

3. The motion is made in good faith and not for the purpose of delay.

WHEREFORE, the law firm of Jonathan A Torres, LLC, respectfully request this Honorable Court enter an Order allowing the withdrawal of the law firm of Jonathan A Torres, LLC, as attorney of record, and adjudge that he shall be relieved of all further responsibilities in connection with the instant action.

I HEREBY CERTIFY that on November 20, 2012, I electronically filed the foregoing using the ECF system which shall send an electronic copy and notification to all parties.

/s/Jonathan Torres
Jonathan Torres, Esquire
FBN: 0067287
Jonathan A. Torres, LLC
1417 North Semoran Boulevard, Suite 205
Orlando, FL 32807
Telephone: 407-953-5818
Facsimile: 407-898-9894
Attorney for Plaintiff