**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**                                        Case No.  6:12-cv-1493-Orl-36KRS

**PAUL OPPOLD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO WITHDRAW AS COUNSEL (Doc. No. 27)**
>
> **FILED:**       November 20, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff's motion does not comply with Local Rule 3.01(g). In addition, a corporation cannot appear and be heard except through counsel of record. Local Rule 2.03(e). The motion to withdraw may be renewed at such time as substitute counsel enters an appearance for Plaintiff. Any such renewed motion must comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE