UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FIRST TIME VIDEOS LLC,

        Plaintiff,

v.

PAUL OPPOLD,

        Defendant.
_____/

Case No. 6:12-cv-01493-CEH-KRS

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses this action in its entirety *without* prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant Paul Oppold has neither filed an answer to Plaintiff's Amended Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

**DATED: December 5, 2012**

        Respectfully submitted,

        First Time Videos LLC,

By:    /s/ Jonathan A. Torres
        Jonathan A. Torres (Bar # 67287)
        JONATHAN A. TORRES, LLC
        1417 N. Semoran Boulevard, Suite 205
        Orlando, FL 32807
        Phone: 415-325-5900
        Email: jonathantorresllc@gmail.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 5, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Jonathan A. Torres
Jonathan A. Torres
