UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

      **Plaintiff,**

v.                              Case No:  6:12-cv-1493-Orl-36KRS

**PAUL OPPOLD,**

      **Defendant.**
_____/

**O R D E R**

Before the Court is the Notice of Voluntary Dismissal of Action Without Prejudice (Doc. 29).  In accord with the Notice of Voluntary Dismissal of Action Without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal of Action Without Prejudice is **APPROVED** (Doc. 29).

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on December 6, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record