**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FIRST TIME VIDEOS, LLC,**

                **Plaintiff,**

**-vs-**                                                         Case No.  6:12-cv-1493-Orl-36KRS

**PAUL OPPOLD,**

                **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT PAUL OPPOLD'S MOTION FOR AWARD OF ATTORNEY'S FEES (Doc. No. 31)**
>
> **FILED:**       **December 6, 2012**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Defendant's motion fails to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2012.

                                                    *Karla R. Spaulding*
                                                 KARLA R. SPAULDING
                                   UNITED STATES MAGISTRATE JUDGE