# EXHIBIT A

# Nicholas Kurtz

| | |
|---|---|
| **From:** | Graham Syfert [syfert@gmail.com] |
| **Sent:** | Thursday, September 16, 2010 6:24 PM |
| **To:** | Jeffrey Weaver |
| **Cc:** | Nicholas Kurtz |
| **Subject:** | Re: Activity in Case 1:10-cv-00453-RMC ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG v. DOES 1 - 4,577 Order on Motion to Quash |

I don't represent any of these people. I don't care! You couldn't tell by the tone of my voice when we were on the phone? I care more about my punctuation and my research than the people using it.

I also don't understand why you believe talking to me is going to make a lick of difference, which is why I asked if the call was a courtesy call, because I didn't understand in the slightest why you were calling me. Seemed more like an intimidation tactic aimed at someone who really can't do shit about people who are buying and filing these forms I created because they can't afford an attorney. And on a side note, chances are very good that everyone who bought the forms has very little cash on hand, because most of them sought an attorney first and couldn't afford it. Once again, doesn't matter to me, none of them hired me or gave me any money over $20. When I'm not defending cases, I squeeze cash out of poor people for a living just like you. I understand, and I don't care- not my clients, they didn't hire me.

Putting up a warning such as "DGW has advised me that they would be charging double for people who file these forms" wouldn't be a good business practice and would hurt form sales, so obviously I wasn't going to do that. Also, nothing would say that you all would be the opposing counsel, as the forms were created for general purpose, so that could be misleading.

Hell, at this rate, those forms will save you time and effort unless an attorney advises them that they can wait for the motion to dismiss to be heard and wait for local counsel to pursue them. Slim chance of that, seeing as these people couldn't afford attorneys in the first place.

I hope you all make a load of money, and if you had a job opening making $200K a year, I'd take down my forms or put up whatever warning you wanted and join you in Virginia.

And, if I ever do end up representing any of these folks against you, I will be coming full bore, because it is my job. It seems as if you are taking this whole thing too personally and need somewhere to direct your energy. Call or e-mail someone who is actually in the case. If you're not going to invite me to join you, then lay off me taking advantage of the poorest chum that attracted you sharks in the first place.

In short, if you're not going to hire me, take a flying fuck and leave me alone about the forms- both of you. But, if ya'll want to keep up a correspondence about some other topic because you find it entertaining, I'll be happy to reply.

Hire me or eat shit.

Sincerely,

Graham