# EXHIBIT "A"



Graham Syfert <syfert@gmail.com>

## Hate to bother you

**George Banas** <george.banas@banaslaw.com>  Fri, May 24, 2013 at 12:13 AM
To: "Graham W. Syfert, Esq." <graham@syfert.com>

Dear Mr. Syfert,

I believe you and I spoke on the phone and emailed in August 2012. I explained at that time that I had contacted Prenda Law and that they were lining up another attorney to represent First Time Videos, LLC. On 8/20/2012, Magistrate Judge Anthony E. Porcelli granted a motion to substitute counsel which removed me as counsel of record and released me of any further responsibility. I have had no further contact with this case and it is now closed. I have no interest in getting involved again in this matter.

Best Regards,

George A. Banas, Esq.

Florida Bar No. 27467

*BANAS LAW FIRM*

*8270 Woodland Center Blvd.*

*Tampa, FL 33614*

*P (813) 814-5658*

*F (813) 436-5371*

george.banas@banaslaw.com

www.banaslaw.com

The information contained in this e-mail message is protected by the attorney-client and work product privileges, as well as the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and is therefore confidential. It is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with the transmission please immediately notify us by telephone at (813) 814-5658.