# EXHIBIT "B"



Graham Syfert <syfert@gmail.com>

████████████████████████████████

**Jonathan Torres** <jonathantorresllc@gmail.com>  Thu, Dec 20, 2012 at 11:56 PM
To: "Graham W. Syfert, Esq." <graham@syfert.com>

Mr Syfert,
Thank you for sending me ████████████████████████
At this time I have no further involvement in any of Prenda Law cases and have no legal, contractual or ethical duty at this point based on my conversation with the Florida Bar Ethics hotline based on the circumstances. Although I do believe that you impliedly did threaten me, I do not intend to bring any bar complaint against you, because it is not in my nature to do such a thing and to be frank with you I am upset in having been put in the middle of this mess in the first place.
The only thing I can say is that I am glad I realized about the issues prior to any further involvement in what I consider, objectively speaking, a feud between Prenda law and yourself. My gut feeling and your phone call prior to the ████████████ were sufficient grounds for me to seek withdrawals. I cordially and professionally ask that you cease and desist any future communication with me at this time. I want no further involvement either with you or Prenda law for that matter.

Sincerely,

Jonathan A. Torres, Esq.

On Dec 20, 2012 11:09 PM, "Graham W. Syfert, Esq." <graham@syfert.com> wrote:

████████████████████████████████████████████████████████████████████

> If you feel that I threatened you with a bar complaint, go ahead and file one against me. You know this isn't true. I've been nothing but kind to you, and I informed you exactly what was going to happen ████████████ I didn't lie about how I saw it going down, I said you would ████████████████ and that's exactly what happened. Wasn't my doing. I even tried to help you ██████████████████████████████
>
> ———
> Graham W. Syfert
> Florida/Georgia Attorney at Law
>
> http://www.syfert.com/
>
> Graham W. Syfert, Esq., P.A.
> 1529 Margaret Street, Ste 2
> Jacksonville, FL 32204
> Phone: (904) 383-7448
> Fax: (904) 638-4726
> graham@syfert.com
>
> NOTICE: The information contained in this email message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in