# EXHIBIT "G"

# Prenda Law INC
### Intellectual Property Law Firm

## Court Status Report

Title **AF Holdings LLC v. Does 1-20**

Case # **3:11-cv-00491-JGH**

Judge **Hon. John G. Heyburn II**

Friday, 3 February 2012, 2PM

Data as of: Fri, 20 Jan, 2012

SHID **KY 001**

---

## Timeline

**31 August 2011** Complaint Filed

**20 September 2011** Discovery Requested

**23 September 2011** Discovery Granted

**23 September 2011** Subpoenas Issued

## ISP Response

**20** Records Requested

**7** Records Received

**4** ISP Unable to Reply

**2** Settlements Pending

**2** Settlements Reached

## Motions Pending

*None found*

*If further information is required, contact:*

Paul Duffy    305.748.2102
paduffy@wefightpiracy.com

John Steele    305.748.2102
jlsteele@wefightpiracy.com

Paul Hansmeier    651.399.1583
prhansmeier@wefightpiracy.com

---

*All information deemed accurate as of the time this data was retrieved.*
*May not reflect activity in progress or in the process of being logged during or after report generation.*

1111 Lincoln Road, Suite 400 ◆ Miami Beach, Florida 33139

Ph: 305.748.2102 ◆ Fax: 305.748.2103 ◆ wefightpiracy.com