# EXHIBIT "H"



JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

# THE FLORIDA BAR
444 BRICKELL AVENUE
RIVERGATE PLAZE, SUITE M-100
MIAMI, FL 33131-2404

(305) 377-4445
WWW.FLORIDABAR.ORG

November 30, 2011

Graham W Syfert, Esq
1529 Margaret St, Unit 2
Jacksonville, FL 32204

Re: **Unlicensed Practice of Law Investigation of John L Steele**
   **The Florida Bar File No. 2012-4035(11B)**

Dear Mr. Syfert:

You filed an unlicensed practice of law complaint against the above-referenced individual.

I have closed the case based on the acceptance of a cease and desist affidavit (copy attached). The affidavit does not require the individual to admit any wrong-doing, however, the individual agrees not to engage in any activities which constitute unlicensed practice of law under existing decisions of the Supreme Court of Florida.

Thank you for bringing this matter to the attention of The Florida Bar. If you have any questions concerning the committee's action, please feel free to contact me.

Very truly yours,

JACQUELYN PLASNER NEEDELMAN
Bar Counsel
Unlicensed Practice of Law Department - Miami

JPN:ah

Encl.

## CEASE AND DESIST AFFIDAVIT

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, duly authorized to administer oaths, personally appeared, JOHN L. STEELE, who after first being duly sworn, upon oath, deposes and says as follows:

1. I am not a member of The Florida Bar and am not licensed to practice law in the State of Florida.

2. I understand that it constitutes a contempt of the Supreme Court of Florida as well as a third degree felony under the Florida Statutes, for an unlicensed individual to engage in the practice of law and/or hold himself out as authorized to so practice in Florida.

3. I further understand that it constitutes the unlicensed practice of law for an unlicensed individual to:

   (a) in any way hold himself out as being a Florida licensed attorney and/or able to render legal advice or services in the State of Florida;

   (b) render legal advice or legal services or otherwise engage in the general practice of law in the State of Florida without being a member of The Florida Bar;

   (c) hold himself out in Florida as being licensed as an attorney;

   (d) send letters on Florida letterhead from an attorney on behalf of another person in a legal matter;

   (e) have a regular presence for the practice of law in the State of Florida.

4. I have read or will read the cases of The Florida Bar v. Savitt, 363 So.2d 559 (1978); The Florida Bar v. Tate, 552 So.2d 1106 (1989); The Florida Bar v. York, 689 So.2d 1037 (1997); State v. Sperry, 140 So. 2d 587 (Fla. 1962), vacated on other grounds, Sperry v. State, 373 U.S. 379 (1963)' and Chandris v. Yanakakis, 668 So. 2d 180 (Fla. 1995), and agree to abide by the requirements of said cases and Rules.

5. I further agree that I will not engage in any of the aforementioned activities which constitute the unlicensed practice of law.

6. By signing this cease and desist affidavit, I am not making any admissions of wrong doing and there have not been any findings of wrong doing.

1

3

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOHN L. STEELE

The foregoing instrument was acknowledged before me this __14__ day of __November__, 2011, by JOHN L. STEELE, who is personally known to me or who has produced __FL DL #_____ as identification and who did take an oath.

_____
Notary Public Signature
__Ada Garcell__
Name of Notary Public
(Type, Print or Stamp)
Notary Public, State of Florida
Commission No. __EE015045__
My Commission Expires: __August 8, 2014__

ADA GARCELL
MY COMMISSION # EE015045
EXPIRES August 08, 2014
FloridaNotaryService.com

2

4