# Exhibit "I"

| District.PacerNumber | Work Sued Upon | Number of Defendants | Voluntary Dismissal/Date | Plaintiff discovery disclosures? |
| --- | --- | --- | --- | --- |
| azd.713935 | FTV - Tiffany | 1 | Yes / 7-25-2012 | No |
| azd.732367 | | 1 | Yes / 12-21-2012 | No |
| caed.233507 | FTV - Melena | 112 | Yes / 10-16-2012 | No / Extension of Case Management |
| caed.236124 | FTV - Shelbie & Felicia | Multiple/Unknown | Unknown/Unknown | Unknown |
| cand.239142 | Multiple, Unknown | 37 | Yes / 10-28-2011 | No / Extension of Case Management |
| cand.241779 | FTV - Tiffany | 294 | Yes / 9-27-2011 | No |
| cand.242617 | FTV Girls - Ali | 186 | Yes / 2-13-2012 | No |
| cand.243795 | FTV Danielle: Candid Seri | 95 | Yes / 2-17-2012 | No / Extension of Case Management |
| ctd.98606 | FTV - Tiffany | 1 | Yes / 12-28-2012 | Unknown |
| dcd.151202 | FTV - Milla | 541 | Yes / 11-18-2012 | No |
| dcd.155093 | Compelling Subpoena | 44 | No / Motion to compel subpoena Denied | No |
| dcd.155094 | Compelling Subpoena | 56 | No / Motion to compel subpoena Granted in part | No |
| flmd.274128 | Instant Case - FTV Tiffany | 1 | Yes / 12-05-2012 | No |
| flmd.276288 | Instant case after transfer | | | |
| flsd.395905 | | 1 | Stipulation | Unknown |
| flsd.396032 | FTV - Tiffany , FTV - Shell | 76 | Yes / 12-27-2012 | No |
| flsd.400840 | FTV - Rikki | Multiple/Unknown | Unknown/Unknown | Unknown |
| gand.188352 | Unknown | 1 | Yes / 12-21-2012 | No |
| gand.188957 | Unknown | 1 | Yes / 12-21-2012 | No |
| gand.188997 | Unknown | 1 | Yes / 12-21-2012 | No |
| ilnd.248009 | Multiple, Unknown | 500 | Yes / 11-09-2011 | No |
| ilnd.255114 | FTV Bojana & Shazia | 27 | Yes / 12-07-2011 | No |
| ilnd.255241 | FTV Larysa & Faye | 28 | Yes / 10-20-2011 | No |
| ilnd.256480 | Unknown | 76 | Yes / 2-29-2012 | No |
| ilnd.256485 | FTV Allie | 63 | Unknown/Unknown | Unknown |
| ilnd.258682 | FTV Danielle: Candid Seri | 23 | Yes / 1-21-2012 | No |
| ilnd.262673 | FTV Tiffany | 1 | Dismissed for want of prosecution / 3-22-2012 | No |
| ilnd.262674 | FTV Tiffany | 1 | Settlement? / Voluntary Dismissal | Unknown |
| ilnd.262675 | FTV Tiffany | 1 | Yes / 5-22-2012 | |
| ilnd.263201 | Unknown | Unknown | Unknown/Unknown | Unknown |
| ilnd.263633 | Unknown | 43 | Yes / 12-21-2012 | No |
| ilnd.265498 | Compelling Subpoena | | | |
| ilnd.265500 | Compelling Subpoena | | | |
| ilnd.266066 | FTV Shelbie & Felecia | 44 | Yes / 12-21-2012 | No |
| txsd.912430 | FTV Tiffany | 114 | Involuntary Dismissal Without Prejudice / 3-2-2012 | No |
| txsd.940033 | FTV Malena | 46 | "Voluntary Dismissal" with Prejudice / 6-5-2012 | No |
| txsd.954496 | FTV Tiffany | 2 | Yes / 4-25-2012 | No |
| txsd.957489 | FTV Shelbie & Felecia | 56 | Yes / 12-05-2012 | No |
| vaed.275182 | FTV Tiffany | 600 plus defendants | Yes / 6-20-2012 | No |
| vaed.282949 | FTV Tiffany | 1 | Yes / 8-21-2012 | No |
| vaed.288226 | Unknown | Unknown | Yes / 12-28-2012 | No |
| vaed.288255 | Unknown | Unknown | Yes / 12-28-2012 | No |
| vaed.288262 | Unknown | Unknown | Yes / 12-28-2012 | No |