# Exhibit "K-3"

| Line | Time | Peer ID | Infohash | IP | Port |
|---|---|---|---|---|---|
| 1 | 12:53:38.44 | -AZ4712-704276267518 | 6C10F2DCFF52961B876AA592183103BAC958E989 | 85.17.31.120 | 50994 |
| 2 | 12:53:38.99 | -AZ4712-135440120203 | 6C10F2DCFF52961B876AA592183103BAC958E989 | 46.21.99.29 | 59259 |
| 3 | 12:53:45.14 | -AZ4712-655780610873 | 6C10F2DCFF52961B876AA592183103BAC958E989 | 85.17.31.120 | 57995 |
| 4 | 12:54:02.64 | -AZ4712-201614746815 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.21.99.29 | 65231 |
| 5 | 12:54:03.39 | -AZ4712-201614746815 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 46.21.99.29 | 65394 |
| 6 | 12:54:03.79 | -AZ4712-201614746815 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.21.99.29 | 65484 |
| 7 | 12:54:04.10 | -AZ4712-201614746815 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 46.21.99.29 | 49181 |
| 8 | 13:11:38.88 | -AZ4712-272430444577 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 49685 |
| 9 | 13:11:38.97 | -AZ4712-655780610873 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 85.17.31.120 | 62745 |
| 10 | 13:11:40.17 | -AZ4712-135440120203 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.21.99.29 | 64080 |
| 11 | 13:11:42.36 | -AZ4712-272430444577 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.165.208.203 | 50379 |
| 12 | 13:11:42.36 | -AZ4712-655780610873 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 85.17.31.120 | 63455 |
| 13 | 13:11:43.73 | -AZ4712-135440120203 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.21.99.29 | 64780 |
| 14 | 13:11:49.04 | -AZ4712-201614746815 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.21.99.29 | 52482 |
| 15 | 13:11:49.29 | -AZ4712-680003104035 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 95.211.92.237 | 63842 |
| 16 | 13:11:52.74 | -AZ4712-272430444577 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.165.208.203 | 52112 |
| 17 | 13:11:52.94 | -AZ4712-655780610873 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 85.17.31.120 | 65232 |
| 18 | 13:11:54.14 | -AZ4712-135440120203 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.21.99.29 | 50151 |
| 19 | 13:11:55.41 | -AZ4712-642878024056 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 50395 |
| 20 | 13:11:55.46 | -AZ4712-748348446431 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 95.211.92.237 | 59136 |
| 21 | 13:11:57.97 | -AZ4712-748348446431 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 95.211.92.237 | 59840 |
| 22 | 13:11:58.45 | -AZ4712-642878024056 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.165.208.203 | 51129 |
| 23 | 13:12:08.87 | -AZ4712-748348446431 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 95.211.92.237 | 61606 |
| 24 | 13:12:08.92 | -AZ4712-201614746815 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.21.99.29 | 54248 |
| 25 | 13:12:09.12 | -AZ4712-642878024056 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.165.208.203 | 52891 |
| 26 | 13:16:21.42 | -AZ4712-201614746815 | 7571E2F7C1972FC5A383A4D87DA00CC3333FB32E | 46.21.99.29 | 57316 |
| 27 | 13:16:21.87 | -AZ4712-201614746815 | F016490BD8E60E184EC5B7052CEB1FA570A4AF11 | 46.21.99.29 | 57567 |
| 28 | 13:32:43.01 | -AZ4712-581617717755 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 46.165.208.203 | 56789 |
| 29 | 13:32:46.52 | -AZ4712-201614746815 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 46.21.99.29 | 59709 |
| 30 | 14:22:52.62 | -AZ4712-748348446431 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 95.211.92.237 | 57225 |
| 31 | 14:22:52.82 | -AZ4712-748348446431 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 95.211.92.237 | 57386 |
| 32 | 14:22:52.82 | -AZ4712-748348446431 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 95.211.92.237 | 57478 |
| 33 | 14:22:52.82 | -AZ4712-748348446431 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 95.211.92.237 | 57553 |
| 34 | 14:22:55.30 | -AZ4712-680003104035 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 95.211.92.237 | 63786 |
| 35 | 14:22:55.52 | -AZ4712-642878024056 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.165.208.203 | 59746 |
| 36 | 14:22:55.57 | -AZ4712-642878024056 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 46.165.208.203 | 59909 |
| 37 | 14:22:55.62 | -AZ4712-642878024056 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.165.208.203 | 60001 |
| 38 | 14:22:55.72 | -AZ4712-642878024056 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 46.165.208.203 | 60075 |
| 39 | 14:22:56.39 | -AZ4712-680003104035 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 95.211.92.237 | 63952 |
| 40 | 14:22:56.80 | -AZ4712-680003104035 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 95.211.92.237 | 64044 |
| 41 | 14:22:57.13 | -AZ4712-680003104035 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 95.211.92.237 | 64125 |
| 42 | 14:23:23.75 | -AZ4712-704276267518 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 85.17.31.120 | 53860 |
| 43 | 14:23:23.85 | -AZ4712-135440120203 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.21.99.29 | 61726 |

| # | Time | GUID | Hash | IP | Port |
|---|---|---|---|---|---|
| 44 | 14:23:24.90 | -AZ4712-135440120203 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 46.21.99.29 | 61887 |
| 45 | 14:23:25.05 | -AZ4712-704276267518 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 85.17.31.120 | 54027 |
| 46 | 14:23:25.89 | -AZ4712-135440120203 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.21.99.29 | 61978 |
| 47 | 14:23:26.07 | -AZ4712-704276267518 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 85.17.31.120 | 54120 |
| 48 | 14:23:26.67 | -AZ4712-135440120203 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 46.21.99.29 | 62052 |
| 49 | 14:23:26.97 | -AZ4712-704276267518 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 85.17.31.120 | 54195 |
| 50 | 14:23:59.39 | -AZ4712-581617717755 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.165.208.203 | 56502 |
| 51 | 14:24:01.20 | -AZ4712-581617717755 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 46.165.208.203 | 56661 |
| 52 | 14:24:02.50 | -AZ4712-581617717755 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.165.208.203 | 56754 |
| 53 | 14:24:03.87 | -AZ4712-581617717755 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 46.165.208.203 | 56828 |
| 54 | 14:44:35.72 | -AZ4712-272430444577 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 63641 |
| 55 | 14:45:36.22 | -AZ4712-581617717755 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 62387 |
| 56 | 14:48:55.21 | -AZ4712-272430444577 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.165.208.203 | 64205 |
| 57 | 14:48:56.84 | -AZ4712-581617717755 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.165.208.203 | 62940 |
| 58 | 14:49:34.21 | -AZ4712-704276267518 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 85.17.31.120 | 58913 |
| 59 | 14:49:46.04 | -AZ4712-135440120203 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.21.99.29 | 50069 |
| 60 | 14:50:04.99 | -AZ4712-135440120203 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.21.99.29 | 50618 |
| 61 | 14:50:34.82 | -AZ4712-704276267518 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 85.17.31.120 | 59478 |
| 62 | 15:06:26.58 | -AZ4712-581617717755 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.165.208.203 | 50660 |
| 63 | 15:06:26.73 | -AZ4712-655780610873 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 85.17.31.120 | 58362 |
| 64 | 15:06:26.88 | -AZ4712-201614746815 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.21.99.29 | 53510 |
| 65 | 15:06:29.43 | -AZ4712-655780610873 | 7571E2F7C1972FC5A383A4D87DA00CC3333FB32E | 85.17.31.120 | 59180 |
| 66 | 15:06:29.53 | -AZ4712-272430444577 | 7571E2F7C1972FC5A383A4D87DA00CC3333FB32E | 46.165.208.203 | 51745 |
| 67 | 15:06:29.53 | -AZ4712-581617717755 | 7571E2F7C1972FC5A383A4D87DA00CC3333FB32E | 46.165.208.203 | 51486 |
| 68 | 15:06:29.86 | -AZ4712-655780610873 | F016490BD8E60E184EC5B7052CEB1FA570A4AF11 | 85.17.31.120 | 59334 |
| 69 | 15:06:29.93 | -AZ4712-201614746815 | 7571E2F7C1972FC5A383A4D87DA00CC3333FB32E | 46.21.99.29 | 54335 |
| 70 | 15:06:30.18 | -AZ4712-272430444577 | F016490BD8E60E184EC5B7052CEB1FA570A4AF11 | 46.165.208.203 | 51902 |
| 71 | 15:06:30.90 | -AZ4712-201614746815 | F016490BD8E60E184EC5B7052CEB1FA570A4AF11 | 46.21.99.29 | 54488 |
| 72 | 15:06:32.35 | -AZ4712-135440120203 | F016490BD8E60E184EC5B7052CEB1FA570A4AF11 | 46.21.99.29 | 54502 |
| 73 | 15:08:18.66 | -AZ4712-201614746815 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 46.21.99.29 | 58171 |
| 74 | 15:08:32.16 | -AZ4712-704276267518 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 85.17.31.120 | 62012 |
| 75 | 15:09:02.17 | -AZ4712-704276267518 | 7571E2F7C1972FC5A383A4D87DA00CC3333FB32E | 85.17.31.120 | 62901 |
| 76 | 15:09:03.97 | -AZ4712-704276267518 | F016490BD8E60E184EC5B7052CEB1FA570A4AF11 | 85.17.31.120 | 63058 |
| 77 | 16:16:12.94 | -AZ4712-581617717755 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 46.165.208.203 | 59942 |
| 78 | 16:16:13.72 | -AZ4712-581617717755 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 46.165.208.203 | 60121 |
| 79 | 16:16:14.12 | -AZ4712-581617717755 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 46.165.208.203 | 60210 |
| 80 | 16:16:14.62 | -AZ4712-581617717755 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 46.165.208.203 | 60290 |
| 81 | 16:20:45.08 | -AZ4712-748348446431 | E6FBFB55CC3ED9DF2177865BBEB0A796C2AC1C0B | 95.211.92.237 | 50660 |
| 82 | 16:20:45.33 | -AZ4712-748348446431 | 0D47A7A035581B0BA4FA5CB86AFE986885F5E18E | 95.211.92.237 | 50837 |
| 83 | 16:20:58.30 | -AZ4712-748348446431 | F00A7C83D6C7F61FEFA07BD916A50C90A16048E8 | 95.211.92.237 | 50925 |
| 84 | 16:20:58.58 | -AZ4712-748348446431 | 23DC72BEB9C027BFAE3583F53E9547ACDEE8FADE | 95.211.92.237 | 50999 |
| 85 | 16:39:14.57 | -AZ4712-680003104035 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 95.211.92.237 | 61404 |
| 86 | 16:45:17.44 | -AZ4712-201614746815 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.21.99.29 | 56746 |
| 87 | 16:58:31.45 | -AZ4712-680003104035 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 95.211.92.237 | 64522 |

3

| # | Time | ID | Hash | IP | Port |
|---|------|----|----|----|----|
| 88 | 16:58:35.53 | -AZ4712-704276267518 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 85.17.31.120 | 61891 |
| 89 | 16:59:52.51 | -AZ4712-680003104035 | 7571E2F7C1972FC5A383A4D87DA00CC3333FB32E | 95.211.92.237 | 51274 |
| 90 | 16:59:55.31 | -AZ4712-680003104035 | F016490BD8E60E184EC5B7052CEB1FA570A4AF11 | 95.211.92.237 | 51421 |
| 91 | 18:44:04.04 | -AZ4712-581617717755 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 62951 |
| 92 | 18:49:49.99 | -AZ4712-748348446431 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 95.211.92.237 | 61349 |
| 93 | 19:12:37.85 | -AZ4712-748348446431 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 95.211.92.237 | 51065 |
| 94 | 21:03:05.88 | -AZ4712-642878024056 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 64083 |
| 95 | 21:03:05.88 | -AZ4712-680003104035 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 95.211.92.237 | 54468 |
| 96 | 21:03:45.28 | -AZ4712-135440120203 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.21.99.29 | 63171 |
| 97 | 21:21:54.24 | -AZ4712-704276267518 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 85.17.31.120 | 54385 |
| 98 | 21:23:46.30 | -AZ4712-680003104035 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 95.211.92.237 | 62863 |
| 99 | 23:25:37.62 | -AZ4712-655780610873 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 85.17.31.120 | 52651 |
| 100 | 23:25:43.04 | -AZ4712-581617717755 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 56591 |
| 101 | 23:26:15.91 | -AZ4712-642878024056 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.165.208.203 | 64306 |
| 102 | 23:26:16.14 | -AZ4712-704276267518 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 85.17.31.120 | 53987 |
| 103 | 23:26:22.31 | -AZ4712-201614746815 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.21.99.29 | 60773 |
| 104 | 23:26:57.57 | -AZ4712-135440120203 | DBB7ABE11CB844FD84686DEAD98F9A6828D7FCC0 | 46.21.99.29 | 57317 |
| 105 | 23:34:32.08 | -AZ4712-201614746815 | DBEE600A2FCED4FC9E28AB0261909522813BFC44 | 46.21.99.29 | 50094 |