# Exhibit "K-5"

