# Exhibit "K-6"





**Search Torrents** | Browse Torrents | Recent Torrents | TV shows | Music | Top 100

| Search here... | | Pirate Search |

☐ Audio ☐ Video ☐ Applications ☐ Games ☐ Other | All ▾

**Details for this torrent**

---

### Sexual Obsession [Split Scenes]

| | |
|---|---|
| **Type:** | Porn > Movies |
| **Files:** | 5 |
| **Size:** | 1.23 GiB (1323691594 Bytes) |
| | |
| **Tag(s):** | sohpia santi lesbian big cock sex cumshot blowjob threesome kayme kai nina mercedez |
| | |
| **Uploaded:** | 2012-12-11 19:30:54 GMT |
| **By:** | sharkmp4 |
| | |
| **Seeders:** | 0 |
| **Leechers:** | 1 |
| **Comments** | 0 |
| | |
| **Info Hash:** | |
| B919A8A93612DD2FD623AF90F15926A662522FF2 | |



....**GET THIS TORRENT** ( ...**GET TORRENT FILE**)
(Problems with magnets links are fixed by upgrading your torrent client!)

```
Sexual Obsession

Starring Sophia Santi, Nina Mercedez, Kayme Kai

Good quality video!

(Note: Scenes are not in the same order as the back cover)

Scene 1: 29:14 - Sophia Santi Gets ███████ by a ██████████
Scene 2: 18:28 - Sophia Santi and Nina Mercedez Are in 100% Lust
Scene 3: 34:41 - Sophia Santi Gets the ███████ Treatment
Scene 4: 33:53 - Sophia Santi and Audrey Botoni Get Rough
Scene 5: 28:50 - Sohpia Santi and Kayme Kai ████████████

Covers:
http://bayimg.com/jaHgDaaEb
http://bayimg.com/jaHgGAAEb

Screens:
Scene 1: http://bayimg.com/JAhghaaEb
Scene 2: http://bayimg.com/JaHgJAaeb
Scene 3: http://bayimg.com/JAhgLAAEb
Scene 4: http://bayimg.com/KaHgeAAeb
Scene 5: http://bayimg.com/KahGfaaeb

Thanks to the original uploader(s)...
```

....**GET THIS TORRENT** ( ...**GET TORRENT FILE**)

Login | Register | Language / Select language | About | Legal threats | Blog
Contact us | Usage policy | Downloads | Promo | Doodles | Tag Cloud | Forum | **TPB T-shirts**
Bayfiles | BayImg | PasteBay | Proxy | Follow TPB on Twitter | Follow TPB on Facebook

6.267.134 registered users. Last updated 07:30:05.
26.770.750 peers (19.932.968 seeders + 6.837.782 leechers) in 4.550.462 torrents.

BitCoin: **1KeBs4HBQzkdHC2ou3gpyGHqcL7aKzwTve**
LiteCoin: LiYp3Dg11N5BgV8qKW42ubSZXFmjDByjoV

 

 You are using SSL