# Exhibit "K-7"

