# Exhibit "K-8"

