# Exhibit "K-9"

