Exhibit "K-10"

