# Exhibit "K-11"

