# Exhibit "K-12"









a a









Exhibit K-12

Page 8 of 18

Naugthy Hotties
naughty-hotties.com/tour/en/index
Members
JoinNow
Home
Updates
Models
Members
Join
Support
Rosemary
Taylor Wane
Bonus Scene
18 Year Old Hookers
00:09
00:53
Latest Updates
Sort: VIDEOS PHOTOS BOTH
Filter By Categories: Select Category
NH_join01.jpg
Show all downloads...

















