# Exhibit "K-13"

| | |
|---|---|
| **Domain:** | **naughty-hotties.com** - **Whois History** |
| **Cache Date:** | 2013-05-20 |
| **Registrar:** | **GODADDY.COM, LLC** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2012-12-20 |
| **Updated:** | 2012-12-20 |
| **Expires:** | 2013-12-20 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |
| | **naughty-hotties.com@domainsbyproxy.com** |

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: NAUGHTY-HOTTIES.COM
   Created on: 20-Dec-12
   Expires on: 20-Dec-13
   Last Updated on: 20-Dec-12

Registrant:
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States

Administrative Contact:
   Private, Registration  NAUGHTY-HOTTIES.COM@domainsbyproxy.com
   Domains By Proxy, LLC
   DomainsByProxy.com
   14747 N Northsight Blvd Suite 111, PMB 309
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599     Fax -- (480) 624-2598

Technical Contact:
   Private, Registration  NAUGHTY-HOTTIES.COM@domainsbyproxy.com
   Domains By Proxy, LLC
   DomainsByProxy.com
   14747 N Northsight Blvd Suite 111, PMB 309
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599     Fax -- (480) 624-2598

Domain servers in listed order:
   NS39.DOMAINCONTROL.COM
   NS40.DOMAINCONTROL.COM

| | |
|---|---|
| **Domain:** | **naughty-hotties.com** - **Whois History** |
| **Cache Date:** | 2013-03-15 |
| **Registrar:** | **GODADDY.COM, LLC** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2012-12-20 |
| **Updated:** | 2012-12-20 |
| **Expires:** | 2013-12-20 |

Exhibit K-13                                                             Page 1 of 11

**Reverse Whois:**   Click on an email address we found in this whois record
to see which other domains the registrant is associated
with:

naughty-
hotties.com@domainsbyproxy.com

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: NAUGHTY-HOTTIES.COM
    Created on: 20-Dec-12
    Expires on: 20-Dec-13
    Last Updated on: 20-Dec-12

Registrant:
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States

Administrative Contact:
    Private, Registration  NAUGHTY-HOTTIES.COM@domainsbyproxy.com
    Domains By Proxy, LLC
    DomainsByProxy.com
    14747 N Northsight Blvd Suite 111, PMB 309
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599     Fax -- (480) 624-2598

Technical Contact:
    Private, Registration  NAUGHTY-HOTTIES.COM@domainsbyproxy.com
    Domains By Proxy, LLC
    DomainsByProxy.com
    14747 N Northsight Blvd Suite 111, PMB 309
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599     Fax -- (480) 624-2598

Domain servers in listed order:
    NS39.DOMAINCONTROL.COM
    NS40.DOMAINCONTROL.COM

| | |
|---|---|
| **Domain:** | naughty-hotties.com - Whois History |
| **Cache Date:** | 2012-12-21 |
| **Registrar:** | **GODADDY.COM, LLC** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2012-12-20 |
| **Updated:** | 2012-12-20 |
| **Expires:** | 2013-12-20 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with:<br><br>naughty-hotties.com@domainsbyproxy.com |

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: NAUGHTY-HOTTIES.COM

Exhibit K-13                                                          Page 2 of 11

Created on: 20-Dec-12
Expires on: 20-Dec-13
Last Updated on: 20-Dec-12

Registrant:
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States

Administrative Contact:
    Private, Registration  NAUGHTY-HOTTIES.COM@domainsbyproxy.com
    Domains By Proxy, LLC
    DomainsByProxy.com
    14747 N Northsight Blvd Suite 111, PMB 309
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599    Fax -- (480) 624-2598

Technical Contact:
    Private, Registration  NAUGHTY-HOTTIES.COM@domainsbyproxy.com
    Domains By Proxy, LLC
    DomainsByProxy.com
    14747 N Northsight Blvd Suite 111, PMB 309
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599    Fax -- (480) 624-2598

Domain servers in listed order:
    NS39.DOMAINCONTROL.COM
    NS40.DOMAINCONTROL.COM

| | |
|---|---|
| **Domain:** | naughty-hotties.com - Whois History |
| **Cache Date:** | 2012-03-17 |
| **Registrar:** | **GODADDY.COM, LLC** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2009-12-31 |
| **Updated:** | 2012-03-13 |
| **Expires:** | 2011-12-31 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |

No match for "NAUGHTY-HOTTIES.COM" in the registrar database.

| | |
|---|---|
| **Domain:** | naughty-hotties.com - Whois History |
| **Cache Date:** | 2012-01-02 |
| **Registrar:** | **GODADDY.COM, INC.** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2009-12-31 |
| **Updated:** | 2012-01-01 |
| **Expires:** | 2012-12-31 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |

Exhibit K-13                                                                                          Page 3 of 11

naughtyhotties1@gmail.com

Registrant:
   naughtyhotties
   1001 main
   houston, Texas 77091
   United States

   Registered through: Go Daddy
   Domain Name: NAUGHTY-HOTTIES.COM
      Created on: 31-Dec-09
      Expires on: 31-Dec-11
      Last Updated on: 01-Jan-11

   Administrative Contact:
      hotties, naughty  naughtyhotties1@gmail.com
      naughtyhotties
      1001 main
      houston, Texas 77091
      United States
      (281) 771-1234      Fax --

   Technical Contact:
      hotties, naughty  naughtyhotties1@gmail.com
      naughtyhotties
      1001 main
      houston, Texas 77091
      United States
      (281) 771-1234      Fax --

   Domain servers in listed order:
      NS27.DOMAINCONTROL.COM
      NS28.DOMAINCONTROL.COM

| | |
|---|---|
| **Domain:** | naughty-hotties.com - Whois History |
| **Cache Date:** | 2011-12-29 |
| **Registrar:** | **GODADDY.COM, INC.** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2009-12-31 |
| **Updated:** | 2011-01-01 |
| **Expires:** | 2011-12-31 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |

naughtyhotties1@gmail.com

Registrant:
   naughtyhotties
   1001 main
   houston, Texas 77091
   United States

   Registered through: Go Daddy
   Domain Name: NAUGHTY-HOTTIES.COM
      Created on: 31-Dec-09
      Expires on: 31-Dec-11
      Last Updated on: 01-Jan-11

Exhibit K-13                                                    Page 4 of 11

Administrative Contact:
    hotties, naughty  naughtyhotties1@gmail.com
    naughtyhotties
    1001 main
    houston, Texas 77091
    United States
    (281) 771-1234    Fax --

Technical Contact:
    hotties, naughty  naughtyhotties1@gmail.com
    naughtyhotties
    1001 main
    houston, Texas 77091
    United States
    (281) 771-1234    Fax --

Domain servers in listed order:
    NS27.DOMAINCONTROL.COM
    NS28.DOMAINCONTROL.COM

| | |
|---|---|
| **Domain:** | **naughty-hotties.com** - **Whois History** |
| **Cache Date:** | 2011-01-02 |
| **Registrar:** | **GODADDY.COM, INC.** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2009-12-31 |
| **Updated:** | 2011-01-01 |
| **Expires:** | 2011-12-31 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |

**naughtyhotties1@gmail.com**

Registrant:
    naughtyhotties
    1001 main
    houston, Texas 77091
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: NAUGHTY-HOTTIES.COM
        Created on: 31-Dec-09
        Expires on: 31-Dec-11
        Last Updated on: 01-Jan-11

    Administrative Contact:
        hotties, naughty  naughtyhotties1@gmail.com
        naughtyhotties
        1001 main
        houston, Texas 77091
        United States
        (281) 771-1234    Fax --

    Technical Contact:
        hotties, naughty  naughtyhotties1@gmail.com
        naughtyhotties
        1001 main
        houston, Texas 77091

Exhibit K-13        Page 5 of 11

United States
(281) 771-1234     Fax --

Domain servers in listed order:
    NS27.DOMAINCONTROL.COM
    NS28.DOMAINCONTROL.COM

| **Domain:** | **naughty-hotties.com** - **Whois History** |
|---|---|
| **Cache Date:** | 2010-12-29 |
| **Registrar:** | **GODADDY.COM, INC.** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2009-12-31 |
| **Updated:** | 2009-12-31 |
| **Expires:** | 2010-12-31 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |

**naughtyhotties1@gmail.com**

Registrant:
    naughtyhotties
    1001 main
    houston, Texas 77091
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: NAUGHTY-HOTTIES.COM
        Created on: 31-Dec-09
        Expires on: 31-Dec-10
        Last Updated on: 31-Dec-09

    Administrative Contact:
        hotties, naughty  naughtyhotties1@gmail.com
        naughtyhotties
        1001 main
        houston, Texas 77091
        United States
        (281) 771-1234     Fax --

    Technical Contact:
        hotties, naughty  naughtyhotties1@gmail.com
        naughtyhotties
        1001 main
        houston, Texas 77091
        United States
        (281) 771-1234     Fax --

    Domain servers in listed order:
        NS27.DOMAINCONTROL.COM
        NS28.DOMAINCONTROL.COM

| **Domain:** | **naughty-hotties.com** - **Whois History** |
|---|---|
| **Cache Date:** | 2010-01-02 |
| **Registrar:** | **GODADDY.COM, INC.** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2009-12-31 |

Exhibit K-13                                                            Page 6 of 11

| | |
|---|---|
| **Updated:** | 2009-12-31 |
| **Expires:** | 2010-12-31 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |

naughtyhotties1@gmail.com

Registrant:
    naughtyhotties
    1001 main
    houston, Texas 77091
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: NAUGHTY-HOTTIES.COM
        Created on: 31-Dec-09
        Expires on: 31-Dec-10
        Last Updated on: 31-Dec-09

    Administrative Contact:
        hotties, naughty  naughtyhotties1@gmail.com
        naughtyhotties
        1001 main
        houston, Texas 77091
        United States
        (281) 771-1234      Fax --

    Technical Contact:
        hotties, naughty  naughtyhotties1@gmail.com
        naughtyhotties
        1001 main
        houston, Texas 77091
        United States
        (281) 771-1234      Fax --

    Domain servers in listed order:
        NS27.DOMAINCONTROL.COM
        NS28.DOMAINCONTROL.COM

| | |
|---|---|
| **Domain:** | naughty-hotties.com - Whois History |
| **Cache Date:** | 2007-04-11 |
| **Registrar:** | ENOM, INC. |
| **Server:** | whois.enom.com |
| **Created:** | 2004-03-07 |
| **Updated:** | |
| **Expires:** | 2008-03-07 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |

rabishu@gmail.com

Registration Service Provided By: Owl Media
Contact: rabishu@gmail.com

Domain name: naughty-hotties.com

Exhibit K-13                                                                                   Page 7 of 11

Registrant Contact:
    Owl Media
    Simon Fraser (rabishu@gmail.com)
    +64.21738466
    Fax:
    PO Box 14274
    Wellington, NorthIsland 6041
    NZ

Administrative Contact:
    Owl Media
    Simon Fraser (rabishu@gmail.com)
    +64.21738466
    Fax:
    PO Box 14274
    Wellington, NorthIsland 6041
    NZ

Technical Contact:
    Owl Media
    Simon Fraser (rabishu@gmail.com)
    +64.21738466
    Fax:
    PO Box 14274
    Wellington, NorthIsland 6041
    NZ

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 07 Mar 2004 15:36:35
Expiration date: 07 Mar 2007 15:36:35

| | |
|---|---|
| **Domain:** | **naughty-hotties.com** - **Whois History** |
| **Cache Date:** | 2007-03-17 |
| **Registrar:** | **ENOM, INC.** |
| **Server:** | whois.enom.com |
| **Created:** | 2004-03-07 |
| **Updated:** | |
| **Expires:** | 2008-03-07 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with:<br>**rabishu@gmail.com** |

Registration Service Provided By: Owl Media
Contact: rabishu@gmail.com

Domain name: naughty-hotties.com

Registrant Contact:
    Owl Media

Exhibit K-13                                                                 Page 8 of 11

Simon Fraser (rabishu@gmail.com)
+64.21738466
Fax:
PO Box 14274
Wellington, NorthIsland 6041
NZ

Administrative Contact:
    Owl Media
    Simon Fraser (rabishu@gmail.com)
    +64.21738466
    Fax:
    PO Box 14274
    Wellington, NorthIsland 6041
    NZ

Technical Contact:
    Owl Media
    Simon Fraser (rabishu@gmail.com)
    +64.21738466
    Fax:
    PO Box 14274
    Wellington, NorthIsland 6041
    NZ

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 07 Mar 2004 15:36:35
Expiration date: 07 Mar 2007 15:36:35

| | |
|---|---|
| **Domain:** | [naughty-hotties.com](naughty-hotties.com) - [Whois History](Whois History) |
| **Cache Date:** | 2007-03-06 |
| **Registrar:** | **ENOM, INC.** |
| **Server:** | whois.enom.com |
| **Created:** | 2004-03-07 |
| **Updated:** | |
| **Expires:** | 2007-03-07 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with:<br>[rabishu@gmail.com](rabishu@gmail.com) |

Registration Service Provided By: Owl Media
Contact: rabishu@gmail.com

Domain name: naughty-hotties.com

Registrant Contact:
    Owl Media
    Simon Fraser (rabishu@gmail.com)
    +64.21738466

Exhibit K-13                                                Page 9 of 11

Fax:
PO Box 14274
Wellington, NorthIsland 6041
NZ

Administrative Contact:
Owl Media
Simon Fraser (rabishu@gmail.com)
+64.21738466
Fax:
PO Box 14274
Wellington, NorthIsland 6041
NZ

Technical Contact:
Owl Media
Simon Fraser (rabishu@gmail.com)
+64.21738466
Fax:
PO Box 14274
Wellington, NorthIsland 6041
NZ

Status: Locked

Name Servers:
NS1.KLICKERZ.COM
NS2.KLICKERZ.COM

Creation date: 07 Mar 2004 15:36:35
Expiration date: 07 Mar 2007 15:36:35

Exhibit K-13                                              Page 10 of 11

## IP ADDRESS RESOLUTION HISTORY FOR NAUGHTY-HOTTIES.COM
2010 - 2013

| Date | Action | Old IP | New IP | Domain Ownership |
|---|---|---|---|---|
| Jan 13, 2010 | New | -none- | 68.178.232.100 | naughtyhotties, TX |
| Apr 10, 2011 | New | -none- | 68.178.232.100 | naughtyhotties, TX |
| Jan 3, 2012 | Change | 68.178.232.100 | 68.178.232.99 | naughtyhotties, TX |
| Feb 19, 2012 | Not Resolvable | 68.178.232.99 | -none- | naughtyhotties, TX |
| Mar 17, 2012 | Unregistered | -none- | -none- | None |
| Dec 21, 2012 | Domain Aquired | -none- | -none- | Domains by Proxy |
| Jan 3, 2013 | New | -none- | 50.63.202.43 | Domains by Proxy |
| Mar 11, 2013 | Change | 50.63.202.43 | 75.72.88.156 | Domains by Proxy |

Exhibit K-13

Page 11 of 11