# Exhibit "K-14"

**steven**
yuen X
yuen@needsanewjob.com
75.72.88.156

Submitted on 2012/10/01 at 11:49 pm

Yuen has spent 100's of hours trying to fight the good guys, in multiple cases, and has as many dollar bills as his clients have girlfriends. Keep wasting your time Yuen. It was hilarious watching your face when you got your entire case kicked out with $0 after 6 months of work. I knew the first day you filed your silliness that you would not be allowed to proceed. I figured, why not let you spend 6 months wasting your time. After all, you might learn some law, or at least get your partnership back.

Yuen, if you want to waste 6 months at a time to get $0 you can do that as long as you want. Never one to criticize another person's business plan.

I know one little Troll that didn't walk with $0 in that case BTW . . . .

Qui Tam Claims – Copyright Trolls Take Notice – 3:12-cv-01006 (Seth Abrahams)
29 View Post