# Exhibit "K-16"

IP Address - Host Resolve - City, State

75.72.99.17 -  c-75-72-99-17.hsd1.mn.comcast.net - Minneapolis, Minnesota

204.195.150.206 - 204-195-150-206-dhcp.atlanticbb.net - Miami, Florida

72.75.88.156 - c-75-72-88-156.hsd1.mn.comcast.net - Minneapolis, Minnesota

24.234.211.161 - wsip-24-234-211-161.lv.lv.cox.net - Las Vegas, Nevada

# Notes Info for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
| --- | --- |
| 11/26/2012 7:53:38 AM / Nicholas A Damone / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 11/26/2012 7:51:12 AM / Damone, Nicholas / Client IP: GoDaddy Internal | Nicholas Damone accessed account with reason "General/Research". Shopper PIN. |
| 11/26/2012 7:51:07 AM / Damone, Nicholas / Client IP: GoDaddy Internal | Nicholas Damone accessed account with reason "General/Research". Shopper PIN. |
| 11/25/2012 3:42:07 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 11/25/2012 2:53:17 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 11/25/2012 2:35:04 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 11/25/2012 2:18:22 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 11/25/2012 2:16:02 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 11/25/2012 2:04:15 PM / Customer / Client IP: 204.195.150.206 | Web Hosting:0 - Entered Account |
| 11/25/2012 2:03:46 PM / Customer / Client IP: 204.195.150.206 | Website Builder / InstantPage®:0 - Entered Account |
| 11/25/2012 2:01:16 PM / Customer / Client IP: 75.72.99.17 | Web Hosting:0 - Entered Account |
| 11/25/2012 1:58:58 PM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 11/13/2012 10:57:37 AM / Customer / Client IP: 75.72.88.156 | Web Hosting:0 - Entered Account |
| 11/13/2012 10:45:17 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccessAutoActivation email for PRENDALAWFIRM.COM to: shopper. |
| 11/13/2012 10:39:31 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PRENDALAWFIRM.COM OrderID: 481516591 RowID: 0 Namespace:domain ResourceID: 133812608 |
| 11/13/2012 10:39:30 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PRENDALAWFIRM.COM OrderID: 481516591 RowID: 2 Namespace:proxima ResourceID: 194162070 |
| 11/13/2012 10:39:29 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PRENDALAWFIRM.COM activated by RegComEPPSvc on 11/13/12 10:39:29 |
| 11/13/2012 10:39:04 AM / Customer / Client IP: 10.7.144.24 | PHP version 5 set for AccountUID: 022a34cb-2db9-11e2-aa21-14feb5d41b49. |
| 11/13/2012 10:39:04 AM / Customer / Client IP: 10.7.144.24 | Web Stats setup for prendalawfirm.com, AccountUID: 022a34cb-2db9-11e2-aa21-14feb5d41b49. |
| 11/13/2012 10:39:04 AM / Customer / Client IP: 10.7.144.24 | User account setup for prendalawfirm.com, AccountUID: 022a34cb-2db9-11e2-aa21-14feb5d41b49. |
| 11/13/2012 10:39:04 AM / Customer / Client IP: 10.7.144.24 | Setup hosting account prendalawfirm.com for AccountUID 022a34cb-2db9-11e2-aa21-14feb5d41b49. |
| 11/13/2012 10:39:04 AM / Customer / Client IP: 10.7.144.24 | EULA accepted for prendalawfirm.com, AccountUID: 022a34cb-2db9-11e2-aa21-14feb5d41b49. |
| 11/13/2012 10:39:02 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PRENDALAWFIRM.COM privacy set up.  DBP customer number is 54213337. |

# Notes Info for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 10/30/2012 7:26:19 AM / Keil, Austin / Client IP: GoDaddy Internal | cci valdiated in. wanted to get info on hosting account and changed urls in database. |
| 10/30/2012 7:14:36 AM / Customer / Client IP: 72.28.155.178 | Web Hosting:0 - Entered Account |
| 10/30/2012 7:13:59 AM / Austin Keil / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 10/30/2012 7:11:23 AM / Austin Keil / Client IP: GoDaddy Internal | SH domain: wefightpiracy.org [627f10b5-2248-11e2-b2b6-14feb5d39f6a] account accessed through ToolZilla. |
| 10/30/2012 7:10:12 AM / Keil, Austin / Client IP: GoDaddy Internal | Austin Keil accessed account with reason "General/Research". Shopper PIN. |
| 10/29/2012 9:17:28 PM / Customer / Client IP: 72.28.155.178 | PHP version 5.3 set for AccountUID: 627f10b5-2248-11e2-b2b6-14feb5d39f6a. |
| 10/29/2012 9:17:28 PM / Customer / Client IP: 72.28.155.178 | Preview DNS is set for AccountUID: 627f10b5-2248-11e2-b2b6-14feb5d39f6a. |
| 10/29/2012 9:17:28 PM / Customer / Client IP: 72.28.155.178 | Web Stats setup for wefightpiracy.org, AccountUID: 627f10b5-2248-11e2-b2b6-14feb5d39f6a. |
| 10/29/2012 9:17:28 PM / Customer / Client IP: 72.28.155.178 | Setup hosting account wefightpiracy.org for AccountUID 627f10b5-2248-11e2-b2b6-14feb5d39f6a. |
| 10/29/2012 9:17:28 PM / Customer / Client IP: 72.28.155.178 | User account setup for wefightpiracy.org, AccountUID: 627f10b5-2248-11e2-b2b6-14feb5d39f6a. |
| 10/29/2012 9:17:28 PM / Customer / Client IP: 72.28.155.178 | EULA accepted for wefightpiracy.org, AccountUID: 627f10b5-2248-11e2-b2b6-14feb5d39f6a. |
| 10/29/2012 7:40:30 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccessAutoActivation email for WEFIGHTPIRACY.ORG to: shopper. |
| 10/29/2012 7:33:07 PM / Customer / Client IP: | DCC Domain WEFIGHTPIRACY.ORG (ID=133028703): Domain forwarding update [72.28.155.178] for Domain Name WEFIGHTPIRACY.ORG |
| 10/29/2012 7:31:16 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: WEFIGHTPIRACY.ORG OrderID: 477028670 RowID: 0 Namespace:domain ResourceID: 133028703 |
| 10/29/2012 7:31:14 PM / RegOrgEPPSvc / Client IP: GoDaddy Internal | domain name WEFIGHTPIRACY.ORG activated by RegOrgEPPSvc on 10/29/12 19:31:14 |
| 10/29/2012 7:30:27 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain WEFIGHTPIRACY.ORG privacy set up.  DBP customer number is 54213337. |
| 10/29/2012 7:27:47 PM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 10/29/2012 7:27:21 PM / gdwshAuthenticate / Client IP: GoDaddy Internal | Account Locked By System |
| 9/26/2012 9:30:25 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccessAutoActivation email for THEBIGGESTBULL.COM to: shopper. |
| 9/26/2012 9:24:22 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: THEBIGGESTBULL.COM OrderID: 466635504 RowID: 0 Namespace:domain ResourceID: 131291962 |
| 9/26/2012 9:24:21 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: THEBIGGESTBULL.COM OrderID: 466635504 RowID: 2 Namespace:proxima ResourceID: 189966137 |
| 9/26/2012 9:24:19 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name THEBIGGESTBULL.COM activated by RegComEPPSvc on 09/26/12 21:24:19 |
| 9/26/2012 9:23:03 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain THEBIGGESTBULL.COM privacy set up.  DBP customer number is 54213337. |

# Legal Receipt for Shopper ID 37043778

Shopper ID: 37043778
Receipt ID: 481516591
Reseller: GoDaddy
Date: 11/13/2012 10:39:01 AM By customer via Online
Source Code: ???

**Shipping Information**

john steele
1111 lincoln Road Suite 400

miami Beach, FL 33139 US
Daytime Phone:
johnlsteele@gmail.com

**Billing Information**

john steele
1111 lincoln Road Suite 400

miami Beach, FL 33139 US
Daytime Phone:
johnlsteele@gmail.com

IP: 24.234.211.161::24.234.211.161

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $40.13*

Paid: Credit Card
Name: john steele
Creditcard Number: ###########3000
Creditcard Information: AMEX Exp. 8/2015

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $14.99 | $12.99 | 1 | $0.00 | $13.17 |
| 1 | 7001-1 | Private Registration Services Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $9.99 | $9.99 | 1 | $2.99 | $7.00 |
| 2 | 84-1 | Business Registration Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $4.99 | $4.99 | 1 | $0.00 | $4.99 |
| 3 | 42001-1 | Hosting - Web - Economy - Linux - US Region - Monthly (recurring) Length: 1 month(s) This a service item. | $5.99 | $4.99 | 3 | $0.00 | $14.97 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $40.13 | $0.00 | $0.00 | $40.13 |