Exhibit "K-17"

**Video player source code**: Filenames used by the site match the titles given to the files uploaded by sharkmp4.  Also, note that the directly linked files were also freely accessible (verified for Anything_for_Daddy_Sample.mp4) requiring no age verification or user login.

```html
<!-- player container -->
<!-- the playlist. simple HTML controlled with CSS -->
<script type="text/javascript">


jwplayer("container").setup({
    modes: [
            {
type: "flash", src:"http://naughty-hotties.com/tour/player/player.swf",
config: {
playlist: [
{
levels: [
{ file: "http://naughty-hotties.com/tour/videos/featured/Anything_for_Daddy_Sample.mp4" }
],
image: "http://naughty-hotties.com/tour/videos/featured/Anything_for_Daddy_Sample.jpg",
description: "I'll Do Anything",
provider: "http"
},
/*ends 1st playlist*/
{
levels: [
{ file: "http://naughty-hotties.com/tour/videos/featured/Rosemary_Sample.mp4" }
],

image: "http://naughty-hotties.com/tour/videos/featured/Rosemary_Sample.jpg",
description: "Rosemary",
provider: "http"


},
/*ends 2nd playlist*/
{
levels: [
{ file: "http://naughty-hotties.com/tour/videos/featured/Taylor_Wane_Sample.mp4" }
],
image: "http://naughty-hotties.com/tour/videos/featured/Taylor_Wane_Sample.jpg",

description: "Taylor Wane",
provider: "http"
},
/*ends 3rd playlist*/
{
levels: [
{ file: "http://naughty-hotties.com/tour/videos/featured/Bonus_Scene_2_sample.mp4" }
],
image: "http://naughty-hotties.com/tour/videos/featured/Bonus_Scene_2_sample.jpg",

description: "Bonus Scene",
provider: "http"
},
/*ends 4th playlist*/
{
levels: [
{ file: "http://naughty-hotties.com/tour/videos/featured/18_Yr_Old_Hookers_sample.mp4" }
],
image: "http://naughty-hotties.com/tour/videos/featured/18_Yr_Old_Hookers_sample.jpg",

description: "18 Year Old Hookers",
provider: "http"
```

```
                },
        /*ends 5th playlist*/

        ],
        "playlist.position": "right",
        "playlist.size":250,
        /* 'playlist.thumbs':'false', */
        "http.startparam":"starttime",

        }
    },
    {
    type: "html5",
    config: {
    file: "http://naughty-hotties.com/tour/videos/featured/video1.mp4",
    image: "http://naughty-hotties.com/tour/videos/featured/thumb1.png"
    }
    }           ],
                    height: 360,
                    width: 928,
                        frontcolor: 'ffffff',
                        lightcolor: 'cc9900',
                        screencolor: '333333',
                        wmode: 'transparent',
                        bgcolor: '#444444',
                        stretching: 'fill',
                        skin: "http://naughty-hotties.com/tour/player/glow.zip"

                });

</script>
```

**Thumbnail image source code**: As with the video player, the filenames and directories referenced match with the titles used by sharkmp4 for the related works. Both the phpThumb.php calls, the directory name and filenames all agree with the visual conclusions that these images are from the same works as uploaded by sharkmp4. As with the video player, the images are also freely accessible. Navigating to, for example, "http://naughty-hotties.com/tour/php_thumb/phpThumb.php?src=../videos/rosemary_radeva/rosemary_radeva_index.jpg&w=240&h=360" returns the same thumbnail as called by the page. Navigating to "http://naughty-hotties.com/tour/php_thumb/phpThumb.php?src=../videos/amy_brooke/amy_brooke_index.jpg&w=240&h=360" returns a thumbnail from the Fan Favorites – Amy Brooke video.

```
    <div  class ="updatelist">
                    <a id="thumb0"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/two_beds/two_beds_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/two_beds/two_beds_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
        <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Two
Beds</a>
</div>


     </div><div class="clear"></div>
                <div class="box-bottom">
                    <dl>
                        <dt></dt>
                        <dd></dd>
                    </dl>
                </div>
        </li>

  <li >
    <div  class ="updatelist">
                    <a id="thumb1"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/tory_lane/tory_lane_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/tory_lane/tory_lane_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
        <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Tory
Lane</a>
</div>


     </div><div class="clear"></div>
                <div class="box-bottom">
                    <dl>
                        <dt></dt>
                        <dd></dd>
                    </dl>
                </div>
        </li>

  <li >
    <div  class ="updatelist">
                    <a id="thumb2"  class="thumb" rel="#apple" href=""
```

```
href="http://naughty-hotties.com/tour/videos/teal_conrad/teal_conrad_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/teal_conrad/teal_conrad_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Teal
Conrad</a>
</div>

   </div><div class="clear"></div>
                        <div class="box-bottom">
                           <dl>
                                <dt></dt>
                                <dd></dd>
                           </dl>
                  </div>
         </li>

  <li >
   <div  class ="updatelist">

                        <a id="thumb3"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/taylor_wane/taylor_wane_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/taylor_wane/taylor_wane_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Taylor
Wane</a>
</div>

   </div><div class="clear"></div>
                        <div class="box-bottom">
                           <dl>
                                <dt></dt>
                                <dd></dd>
                           </dl>
                  </div>
         </li>

  <li >
   <div  class ="updatelist">

                        <a id="thumb4"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/tasha_reign/tasha_reign_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/tasha_reign/tasha_reign_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Tasha
Reign</a>
</div>

   </div><div class="clear"></div>
                        <div class="box-bottom">
                           <dl>
                                <dt></dt>
                                <dd></dd>
                           </dl>
                  </div>
         </li>
```

```
  <li >
   <div  class ="updatelist">

                         <a id="thumb5"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/spencer_scott/spencer_scott_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/spencer_scott/spencer_scott_index.jpg&w=240&h=360"  alt="" width=""
height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Spencer
Scott</a>
</div>

   </div><div class="clear"></div>
                         <div class="box-bottom">
                            <dl>
                                <dt></dt>
                                <dd></dd>
                            </dl>
                  </div>
         </li>

  <li >
   <div  class ="updatelist">

                         <a id="thumb6"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/rosemary_radeva/rosemary_radeva_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/rosemary_radeva/rosemary_radeva_index.jpg&w=240&h=360"  alt="" width=""
height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Rosemary
Radeva</a>
</div>

   </div><div class="clear"></div>
                         <div class="box-bottom">
                            <dl>
                                <dt></dt>
                                <dd></dd>
                            </dl>
                  </div>
         </li>

  <li >
   <div  class ="updatelist">

                         <a id="thumb7"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/madison_fox/madison_fox_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/madison_fox/madison_fox_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Madison
Fox</a>
</div>

   </div><div class="clear"></div>
                         <div class="box-bottom">
                            <dl>
```

```
                                <dt></dt>
                                <dd></dd>
                            </dl>
                    </div>
            </li>

    <li >
     <div  class ="updatelist">

                            <a id="thumb8"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/jynx_maze/jynx_maze_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/jynx_maze/jynx_maze_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Jynx
Maze</a>
</div>

     </div><div class="clear"></div>
                            <div class="box-bottom">
                               <dl>
                                <dt></dt>
                                <dd></dd>
                            </dl>
                    </div>
            </li>

    <li >
     <div  class ="updatelist">

                            <a id="thumb9"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/gaia/gaia_index.jpg"><img  src="http://naughty-
hotties.com/tour/php_thumb/phpThumb.php?src=../videos/gaia/gaia_index.jpg&w=240&h=360"
alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Gaia</a>
</div>

     </div><div class="clear"></div>
                            <div class="box-bottom">
                               <dl>
                                <dt></dt>
                                <dd></dd>
                            </dl>
                    </div>
            </li>

    <li >
     <div  class ="updatelist">

                            <a id="thumb10"  class="thumb" rel="#apple" href=""
href="http://naughty-hotties.com/tour/videos/bw_scene2/bw_scene2_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/bw_scene2/bw_scene2_index.jpg&w=240&h=360"  alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> BW Scene
2</a>
</div>
```

```
   </div><div class="clear"></div>
                     <div class="box-bottom">
                        <dl>
                            <dt></dt>
                            <dd></dd>
                        </dl>
                  </div>
         </li>

  <li >
   <div  class ="updatelist">

                        <a id="thumb11"  class="thumb" rel="#apple" href=""
href="http://naughty-
hotties.com/tour/videos/anything_for_daddy_scene_3/anything_for_daddy_scene_3_index.jpg"><img
src="http://naughty-hotties.com/tour/php_thumb/phpThumb.php?
src=../videos/anything_for_daddy_scene_3/anything_for_daddy_scene_3_index.jpg&w=240&h=360"
alt="" width="" height=""></a>
          <div class="boxtitle ">
<a rel="#apple" href="http://naughty-hotties.com/tour/en/join"><img src="http://naughty-
hotties.com/tour/wp-content/themes/ACMS4/images/hdv.jpg" style="float: left;"> Anything
for Daddy Pt. 3</a>
</div>

   </div><div class="clear"></div>
                     <div class="box-bottom">
                        <dl>
                            <dt></dt>
                            <dd></dd>
                        </dl>
                  </div>
         </li>

</ul>
</div>
</div>
```