# Exhibit "L"

# INVOICE

**AMARAGH ASSOCIATES, LLC**
C/O Delvan Neville        ID 1022060        INVOICE NO.   1006
                                            DATE   06/02/13 01:34 AM

**To**   Graham W. Syfert, Esq, P.A.
         1529 Margaret St, Unit 2
         Jacksonville, FL 32204

| JOB COMPLETION DATE | ACCT NO. | JOB |
|---|---|---|
| 6/2/2013 | FB47BB8420FEC9101A06B408FAF4834AB9304986 | 1098-1 (Oppold) |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | 8601 | Soak – Passive | $750.00 | $250.00 | $500.00 |
| 28.00 | 003 | Declaration Prep - Exhibits | $125.00 | | $3,500.00 |

|  |  |
|---|---|
| TOTAL DISCOUNT | $250.00 |
| SUBTOTAL | $4,000.00 |
| SALES TAX | |
| Total Due - $ | $4,000.00 |

**THANK YOU FOR YOUR BUSINESS!**