# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:12-cv-1493-Orl-36KRS**

**PAUL OPPOLD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL (Doc. No. 36)**
>
> **FILED:**      **May 31, 2013**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff cannot respond to the objections to my Report and Recommendation (Doc. No. 35) except through counsel. A renewed motion may be filed after the Report and Recommendation (Doc. No. 35) is resolved, if necessary.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2013.

                                                      *Karla R. Spaulding*
                                               KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE