UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:12-cv-01493-CEH-KRS

FIRST TIME VIDEOS, LLC

    Plaintiff,

v.

PAUL OPPOLD

    Defendant
_____/

## ORDER

Pending before the Court is the Unopposed Motion for Withdrawal of Counsel, filed by Jonathan A. Torres. Mr. Torres requests that he be allowed to withdraw as counsel of record for Plaintiff First Time Videos, LLC.

Upon due consideration, the motion is **GRANTED**. Mr. Torres and the law firm of Jonathan A Torres LLC are relieved of further responsibility for the representation of Plaintiff in this case. The Clerk is directed to (a) **TERMINATE** Mr. Torres and his law firm as counsel-of-record in this case, (b) **REMOVE** them from the CM/ECF service list, and (c) **DISCONTINUE** sending pleadings and orders to them in connection with this matter.

Plaintiff First Time Videos, LLC is advised that under the local rules of the Middle District of Florida, a corporation may not proceed pro se, and may "appear and be heard only through counsel admitted to practice in the Court." M.D. FLA. R. 2.03(e). Therefore, Plaintiff

First Time Videos' new counsel shall have until _____, 2013 to make an appearance in this case.

**IT IS SO ORDERED.**

**DONE and ORDERED** in Orlando, Florida on _____, 2013.

_____
United States Magistrate Judge

Copies to:

    Counsel of Record
    First Time Videos, LLC, Plaintiff