# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-1493-Orl-36KRS**

**PAUL OPPOLD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL (Doc. No. 41)**
>
> **FILED:**      September 16, 2013
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Jonathan A. Torres, Esq. withdraws as counsel for First Time Videos, LLC ("First Time"). However, First Time is warned that a corporation cannot appear and be heard except through counsel of record. Local Rule 2.03(e). Attorney Torres is directed to serve this motion on First Time at its last known address.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2013.

                                  *Karla R. Spaulding*
                               KARLA R. SPAULDING
                    UNITED STATES MAGISTRATE JUDGE