# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC, | ) | |
| | ) | |
| | ) | **NOTICE OF APPEAL** |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| | ) | 6:12-CV-01493-CEH-KRS |
| v. | ) | |
| | ) | October 8, 2013 |
| PAUL OPPOLD, | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

## DEFENDANT PAUL OPPOLD'S NOTICE OF APPEAL

COMES NOW Defendant, Paul Oppold and hereby gives notice that Paul Oppold, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit Court from an order denying attorney's fees entered in this action on the 16th day of September, 2013 (Doc. 40) which adopted in part the Report and Recommendation of the Magistrate Judge (Doc. 35). This appeal will be filed to determine whether an adjudication on the merits under Fed.R.Civ.P. 41(a)(1)(B) confers prevailing party status.

           Respectfully submitted,
           Graham W. Syfert, Esq.,P.A.


          By: s/ Graham W. Syfert
           Graham W. Syfert
           Florida Bar #39104
           Georgia Bar #881027
           (*11th Circuit Admission Pending*)
           1529 Margaret St, Unit 2
           Jacksonville, FL 32204
           Phone: (904) 383-7448
           Fax: (904) 638-4726
           graham@syfert.com

  I HEREBY CERTIFY, that a true and correct copy of this notice was sent by U.S. Mail this Tuesday, October 08, 2013, to pro se corporate Plaintiffs:

First Time Videos, LLC
c/o Sierra Corporate Services - Las Vegas
2300 West Sahara Ave, Suite 120
Las Vegas, NV 89102

First Time Videos, LLC
c/o Robert Hooman Simyar
7582 Las Vegas Boulevard South
Suite 134
Las Vegas, NV 89123-1060

and to former counsel for Plaintiff:

Jonathan Torres, Esq.
1180 Spring Centre South Blvd Ste 355
Altamonte Springs, FL 32714-1999

          By: s/ Graham W. Syfert
           Graham W. Syfert (39104)