**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 6:12-cv-01493-CEH-KRS

**FIRST TIME VIDEOS, LLC**,

      Plaintiff,

v.

**PAUL OPPOLD**,

      Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF FIRST TIME VIDEOS, LLC

Plaintiff, First Time Videos, LLC ("Plaintiff"), files this Notice of Appearance of Counsel and hereby notifies the Court that **Jaime Rich Vining** of the law firm **Friedland Vining, P.A.**, 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146, is appearing as counsel for Plaintiff. All pleadings, correspondence and other materials should be served upon undersigned counsel at the address referenced above.

DATED:  November 12, 2013      Respectfully submitted,

      **FRIEDLAND VINING, P.A.**

      s/Jaime Rich Vining
      By:  **David K. Friedland**
      Florida Bar No. 833479
      Email:  dkf@friedlandvining.com
      **Jaime Rich Vining**
      Florida Bar No. 030932
      Email:  jrv@friedlandvining.com
      1500 San Remo Ave., Suite 200
      Coral Gables, FL 33146
      (305) 777-1720 – telephone
      (305) 456-4922 – facsimile

    and

    Michael J. McCue (*pro hac vice* to be filed)
    Email: MMcCue@LRRLaw.com
    Meng Zhong (*pro hac vice* to be filed)
    Email: MZhong@LRRLaw.com
    **LEWIS ROCA ROTHGERBER**
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169
    (702) 949-8224 – telephone
    (702) 949-8363 – facsimile

    ***Attorneys for Plaintiff***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Graham W. Syfert**
Graham W. Syfert, Esq., PA
1529 Margaret St., Unit 2
Jacksonville, FL 32204
Email: graham@syfert.com
*Service via CM/ECF*

                                                  s/Jaime Rich Vining
                                                    Jaime Rich Vining

**FRIEDLAND VINING, P.A.** • 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146 •
(305) 777-1720 • (305) 456-4922 telecopier