# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**                                                             **Case No. 6:12-cv-1493-Orl-36KRS**

**PAUL OPPOLD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** MOTION TO APPEAR PRO HAC VICE CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING (Doc. No. 49)
>
> **FILED:** December 20, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

> **MOTION:** MOTION TO APPEAR PRO HAC VICE CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING (Doc. No. 50)
>
> **FILED:** December 20, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motions do not comply with Local Rule 3.01(g), which requires Plaintiff's counsel to confer with Defendant's counsel and file a certificate stating whether Defendant's counsel opposes the motion. Renewed motions shall comply with Local Rule 3.01(g).[1]

**DONE** and **ORDERED** in Orlando, Florida on December 30, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] In addition, it appears that these motions were filed in paper format with the Clerk of Court, not via CM/ECF. The attorney who signed the motions is admitted to practice before this Court and has filed a document electronically in this case. Pursuant to Section I(A) of this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, electronic filing is mandatory. Therefore, future documents must be filed electronically and may be stricken if they are not filed electronically.