UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:12-cv-01493-CEH-KRS

FIRST TIME VIDEOS, LLC,

        Plaintiff,

v.

PAUL OPPOLD,

        Defendant.
_____/

**RENEWED UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Local Rule 2.02, the undersigned respectfully moves for the admission *pro hac vice* of Michael J. McCue, Esq. of the law firm of Lewis Roca Rothgerber, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, telephone: (702) 949-8224, for purposes of appearance as co-counsel on behalf of Plaintiff First Time Videos, LLC, in the above-styled case only, to permit Michael J. McCue, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Michael J. McCue, Esq. is not admitted to practice in the Middle District of Florida and is a member in good standing of the Bar of the States of Nevada, Virginia and California, and of the United States District Court for the District of Nevada.

    2.    Movant, David K. Friedland, Esq., of the law firm of Friedland Vining, PA, 1500 San Remo Ave., Suite 200, Coral Gables, Florida 33146, telephone: (305) 777-1720, is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida, maintains an office in this State for the practice of law, and is authorized to

file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael J. McCue, Esq. has made payment of this Court's $10 admission fee. A certification in accordance with Local Rule 2.02 is attached hereto.

4. Michael J. McCue, Esq., by and through designated counsel, hereby requests the Court to provide Notice of Electronic Filings to Michael J. McCue, Esq. at email address: MMcCue@LRRLaw.com.

5. WHEREFORE, David K. Friedland, Esq., moves this Court to enter an Order permitting Michael J. McCue, Esq., to appear before this Court on behalf of Plaintiff First Time Videos, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael J. McCue.

Dated: January 2, 2014

Respectfully submitted,

**FRIEDLAND VINING, P.A.**

s/David K. Friedland/
David K. Friedland
Florida Bar No. 833479
Jaime Rich Vining
Florida Bar No. 30932
1500 San Remo Ave., Suite 200
Coral Gables, FL 33146
Telephone: 305-777-1720
Fax: 305-456-4922

2

Case No. 6:12-cv-01493-CEH-KRS

e-mail: dkf@friedlandvining.com<br>
e-mail: jrv@ friedlandvining.com

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), I hereby certify the movant has conferred with counsel for Defendant in a good faith effort to resolve the issues raised in this motion and counsel for Defendant does not oppose the relief requested herein.

/s/ Jaime Rich Vining<br>
Jaime Rich Vining

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Graham W. Syfert**
Graham W. Syfert, Esq., PA
1529 Margaret St., Unit 2
Jacksonville, FL 32204
Email: graham@syfert.com
*Service via CM/ECF*

s/David K. Friedland<br>
David K. Friedland