UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:12-cv-01493-CEH-KRS

FIRST TIME VIDEOS, LLC,

        Plaintiff,

v.

PAUL OPPOLD,

        Defendant.

_____/

## CERTIFICATION OF MICHAEL J. MCCUE
## IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

The undersigned, Michael J. McCue, Esq., hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Middle District of Florida; and (2) I am a member in good standing of the bars of the States of Nevada, Virginia and California and the United States District Court for the District of Nevada, District of Columbia, Eastern District of Virginia, U.S. Court of Appeals – 4th Circuit, U.S. Court of Appeals – 9th Circuit and the U.S. Supreme Court.

Date: December 5, 2013

_____
Michael J. McCue

1

## JURAT

STATE OF _Nevada_ )
)ss.
COUNTY OF _Clark_ )

Subscribed and sworn to (or affirmed) before me on December 5, 2013, by Michael J.

McCue personally known to me or proved to me on the basis of satisfactory evidence to

be the person(s) who appeared before me.

Signature: _____

JESSICA M. HELM
Notary Public State of Nevada
No: 08-8522-1
My appt. exp. November 5, 2016

2