UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:12-cv-01493-CEH-KRS

FIRST TIME VIDEOS, LLC,

        Plaintiff,

v.

PAUL OPPOLD,

        Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac* Vice for Michael J. McCue, Esq., Consent to Designation, and Request to Electronically Receive Notice of Electronic Filing (the "Motion"), pursuant to Local Rule 2.02 and the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1.     The Motion is GRANTED. Michael J. McCue, Esq., may appear and participate in this action on behalf of Plaintiff First Time Videos, LLC, at MMcCue@LRRLaw.com.

DONE AND ORDERED in Chambers at Orlando, Florida, this _____ day of December, 2013.

                                                                  _____
                                                                   Charlene Edwards Honeywell
                                                                   United States District Judge

Copies furnished to:
All Counsel of Record