UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:12-cv-01493-CEH-KRS

FIRST TIME VIDEOS, LLC,

    Plaintiff,

v.

PAUL OPPOLD,

    Defendant.
_____/

### CERTIFICATION OF MENG ZHONG
### IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

The undersigned, Meng Zhong, Esq., hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Middle District of Florida; and (2) I am a member in good standing of the bars of the State of Nevada and the United States District Court for the District of Nevada.

Date: December 5, 2013

_____
Meng Zhong

1

4066620_1

## JURAT

STATE OF ___Nevada___ )
                                     )ss.
COUNTY OF ___Clark___ )

Subscribed and sworn to (or affirmed) before me on __12-5-13__, by Meng Zhong personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____J. M. Helm_____

JESSICA M. HELM
Notary Public State of Nevada
No: 08-8522-1
My appt. exp. November 5, 2016

2

4066620_1

JESSICA M. HELM
Notary Public State of Nevada