# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIRST TIME VIDEOS, LLC,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:12-cv-1493-Orl-36KRS**

**PAUL OPPOLD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**     **RENEWED UNOPPOSED MOTION TO APPEAR *PRO HAC VICE* CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING (Doc. No. 52)**
>
> **FILED:**       **January 2, 2014**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:**     **UNOPPOSED RENEWED MOTION TO APPEAR *PRO HAC VICE* CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING (Doc. No. 53)**
>
> **FILED:**       **January 2, 2014**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Michael J. McCue, Esq., and Meng Zhong, Esq., may specially appear in this case as counsel for Plaintiff with David K. Friedland, Esq., serving as local counsel. Attorneys McCue and Zhong shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorneys McCue and Zhong. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2014.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE