# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 13-14717

_____

District Court Docket No.
6:12-cv-01493-CEH-KRS

FIRST TIME VIDEOS, LLC,

                                Plaintiff - Appellee,

versus

PAUL OPPOLD,

                                Defendant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 21, 2014
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE:  05/20/2014**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 20, 2014

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 13-14717-BB
Case Style: First Time Videos, LLC v. Paul Oppold
District Court Docket No: 6:12-cv-01493-CEH-KRS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Regina A. Veals-Gillis
Phone #: (404) 335-6163

Enclosure(s)

MDT-1 Letter Issuing Mandate